**Order filed November 1, 2022**



**In The**

# Fourteenth Court of Appeals

———————

## NO. 14-22-00219-CV

———————

**LUIS SOLORZANO II DBA TEXAS CLEARING AND LEAVING,**
**Appellant**

**V.**

**SAGE COMERCIAL GROUP LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1148015**

---

## O R D E R

Appellant's brief was due October 24, 2022. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.